1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs MARSHALL LOSKOT
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES: HELPING YOU
   HELP OTHERS

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  MARSHALL LOSKOT, an individual; and  )   **CASE NO.  CV-08-4251-WHA**
    DISABILITY RIGHTS, ENFORCEMENT,      )
12  EDUCATION, SERVICES:HELPING YOU)          **STIPULATION AND [PROPOSED]**
    HELP OTHERS, a California public benefit )  **ORDER CONTINUING DEADLINE FOR**
13  corporation,                         )   **THE PARTIES TO CONDUCT THE JOINT**
                                         )   **SITE INSPECTION**
14          Plaintiffs,                  )
                                         )
15  v.                                   )
                                         )
16  AMERICAS BEST VALUE INN; DILIP R.  )
    PATEL and JAJA D. PATEL, individuals  )
17  dba AMERICAS BEST VALUE INN; and    )
    RTRN INVESTMENT LLC, a limited       )
18  liability company,                   )
                                         )
19          Defendants.                  )
                                         )
20  _____ )

21          Plaintiffs MARSHALL LOSKOT and defendants DILIP R. PATEL and JAJA D.

22  PATEL, individuals dba AMERICAS BEST VALUE INN; and RTRN INVESTMENT LLC, a

23  limited liability company by and through their respective counsel, respectfully request and

24  stipulate, as follows:

25          1.      WHEREAS, defendants DILIP R. PATEL and JAJA D. PATEL, individuals dba

26  AMERICAS BEST VALUE INN; and RTRN INVESTMENT LLC, a limited liability company

27  just filed their answer to the complaint on December 1, 2008;

28  ///

1    2.    WHEREAS, plaintiffs' counsel Thomas E. Frankovich was in and is still in a

2  trial from December 2 through 11, 2008, and  will commence a paid for vacation on

3  December 12 through 31, 2008;

4    3.    WHEREAS, the parties due to these circumstances, are unable to conduct the

5   joint site inspection of the premises by December 18, 2008, as Ordered by General Order 56,

6  ¶3,4;

7    4.    WHEREAS, the parties are scheduled to conduct the joint site inspection of the

8  subject premises on January 14, 2009; and

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    5.    WHEREAS, the parties, hereto agree, stipulate and respectfully request that the

2 last day for the parties and counsel to conduct the joint inspection of the premises be continued

3 up to and including January 14, 2009.

4

5 Dated: December 10, 2008                          THOMAS E. FRANKOVICH,
                                                    *A PROFESSIONAL LAW CORPORATION*
6

7                                                   By:_____/S/_____
                                                       Thomas E. Frankovich
8                                                   Attorney for Plaintiffs MARSHALL LOSKOT and
                                                    DISABILITY RIGHTS ENFORCEMENT,
9                                                   EDUCATION SERVICES: HELPING YOU
                                                    HELP OTHERS
10

11 Date: _12/11_____, 2008                        STEVEN H. BOVARNICK, ESQ.
                                                    Leland, Parachini, Steinberg, Matzger & Melnick,
12                                                  LLP

13

14                                                  By:_____
                                                       Steven H. Bovarnick Attorney for Defendants
15                                                  DILIP R. PATEL and JAJA D. PATEL,
                                                    individuals dba AMERICAS BEST VALUE
16                                                  INN; and RTRN INVESTMENT LLC, a limited
                                                    liability company

17

18                                          **ORDER**

    IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint
19
   inspection of the premises be continued up to and including January 14, 2009.
20

21

22 Dated: _December 15_, 2008            _____
                                         Honorable William Alsup
23                                       United States District Judge

24

25

26

27

28