STEVEN H. BOVARNICK, ESQ. (SBN 99361)
LELAND, PARACHINI, STEINBERG, MATZGER
& MELNICK, LLP
199 Fremont Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 957-1800
Facsimile: (415) 974-1520
Email: sbovarnick@earthlink.net

Attorneys for DILIP R. PATEL and JAJA D. PATEL,
individually and dba AMERICAS BEST VALUE INN;
RTRN INVESTMENT, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>-v.-<br><br>AMERICAS BEST VALUE INN; DILIP R. PATEL and JAJA D. PATEL, individuals dba AMERICAS BEST VALUE INN; and RTRN INVESTMENT, LLC, a California limited liability company,<br><br>Defendants. | CASE NO. CV-08-4251-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |

Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS on one hand and defendants DILIP R. PATEL and JAJA D. PATEL, individually and dba AMERICAS BEST VALUE INN and RTRN INVESTMENT, LLC on the other, by and through their respective counsel, respectfully request and

STIPULATION AND [PROPOSED] ORDER
CONTINUING THE DEADLINE FOR THE
JOINT SITE INSPECTION AND INITIAL
CASE MANAGEMENT CONFERENCE                    1

stipulate as follows:

1. WHEREAS, on **September 22, 2008**, the Court scheduled an Initial Case Management Conference for **February 12, 2009** at **11:00 a.m.**;

2. WHEREAS, on **December 1, 2008**, defendants DILIP R. PATEL and JAJA D. PATEL, individually and dba AMERICAS BEST VALUE INN and RTRN INVESTMENT, LLC filed their answer to the complaint;

3. WHEREAS, on **December 15, 2008**, the Court entered an Order Continuing Deadline for the Parties to Conduct the Joint Site Inspection as a result of plaintiffs' counsel's unavailability due to trial from **December 2, 2008** through **December 11, 2008** followed by a vacation from **December 12, 2008** through **December 31, 2008**, agreeing to conduct the joint site inspection on **January 14, 2009**;

4. WHEREAS, on or about **December 30, 1008**, plaintiffs' counsel served Request for Joint Inspection and Meet & Confer Relative to Remediation identifying **January 14, 2009** as the date for the joint inspection and that if the date or time was not convenient, for defendants' counsel to contact plaintiff's counsel to meet and confer and suggest convenient dates and times;

5. WHEREAS, on or about **January 7, 2009**, plaintiffs' counsel learned that his expert was unavailable on **January 14, 2009**, thereby necessitating that the joint inspection be reset, and so informed defendants' counsel;

6. WHEREAS, on or about **January 7, 2009**, defendants' counsel learned that defendants were presently and would continue to be out of the country until the end of **January 2009**;

7. WHEREAS, as a result of plaintiffs' counsel schedule in other cases in early **February 2009**, the dates upon which the joint inspection could be reset are **February 23, 2009, February 24, 2009** or **February 26, 2009**;

8. WHEREAS, there has been no previous request for continuance of the case management conference and one prior request to continue the deadline to conduct the joint inspection; and good

STIPULATION AND [PROPOSED] ORDER
CONTINUING THE DEADLINE FOR THE
JOINT SITE INSPECTION AND INITIAL
CASE MANAGEMENT CONFERENCE      2

1. cause exists for a continuance of the joint site inspection as a result of the defendants' unavailability until early **February 2009** and unavailability of plaintiffs' counsel until the last week in **February 2009**, as a result of which the initial case management conference should be continued;

    9. NOW THEREFORE, the parties hereto agree, stipulate, and respectfully request that the last day for the parties to conduct the joint site inspection of the premises be continued up to and including **February 26, 2009**, and that the initial case management conference be rescheduled to a date that is convenient to the Court during **March 2009**.

Dated: January 12, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____
Thomas E. Frankovich
Attorney for Plaintiffs MARSHALL LOSKOT and
DISABILITY RIGHTS ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU HELP OTHERS

Dated: January 12, 2009

LELAND, PARACHINI, STEINBERG,
MATZGER & MELNICK, LLP

By: _____
Steven H. Bovarnick
Attorney for Defendants DILIP R. PATEL and JAJA D. PATEL, individually and dba AMERICAS BEST VALUE INN; RTRN INVESTMENT, LLC

## ORDER

IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint site inspection of the premises is continued up to and including **February 26, 2009** and that the initial case management conference be continued to _March 5, 2009_. All other deadlines in the initial case management scheduling order filed on September 9, 2008 remain in effect.

PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.

Dated: January 14, 2009

_____
Honorable William Alsup
United States District Court

STIPULATION AND [PROPOSED] ORDER
CONTINUING THE DEADLINE FOR THE
JOINT SITE INSPECTION AND INITIAL
CASE MANAGEMENT CONFERENCE     3

cause exists for a continuance of the joint site inspection as a result of the defendants' unavailability until early **February 2009** and unavailability of plaintiffs' counsel until the last week in **February 2009**, as a result of which the initial case management conference should be continued;

9. NOW THEREFORE, the parties hereto agree, stipulate, and respectfully request that the last day for the parties to conduct the joint site inspection of the premises be continued up to and including **February 26, 2009**, and that the initial case management conference be rescheduled to a date that is convenient to the Court during **March 2009**.

Dated: January 12, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____
Thomas E. Frankovich
Attorney for Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: January 12, 2009

LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

By: _____
Steven H. Bovarnick
Attorney for Defendants DILIP R. PATEL and JAJA D. PATEL, individually and dba AMERICAS BEST VALUE INN; RTRN INVESTMENT, LLC

**ORDER**

IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint site inspection of the premises is continued up to and including **February 26, 2009** and that the initial case management conference be continued to __March 5, 2009__. All other deadlines in the initial case management scheduling order filed on September 9, 2008 remain in effect.
PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.

Dated: January 14, 2009

_____
Honorable William Alsup
United States District Court

GRANTED
Judge William Alsup

STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE JOINT SITE INSPECTION AND INITIAL CASE MANAGEMENT CONFERENCE