```
1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  A PROFESSIONAL LAW CORPORATION
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA  94903
   Telephone:  415/674-8600
4  Facsimile:  415/674-9900

5  MARSHALL LOSKOT, an individual;
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION, SERVICES:
   HELPING YOU HELP OTHERS,
7  a California public benefit corporation,
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAS BEST VALUE INN; DILIP R. PATEL and DILIP R. PATEL, individuals dba AMERICAS BEST VALUE INN; and RTRN INVESTMENT LLC, a limited liability company, <br><br> Defendants. | CASE NO. CV-08-4251-WHA <br><br> STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute one
5  original document.

6
7  Dated: December 3, 2009        THOMAS E. FRANKOVICH
                                   *A PROFESSIONAL LAW CORPORATION*
8
9                                  By:_____/s/_____
                                       Thomas E. Frankovich
10                                 Attorneys for MARSHALL LOSKOT and
                                   DISABILITY RIGHTS ENFORCEMENT,
11                                 EDUCATION SERVICES:HELPING YOU HELP
                                   OTHERS
12
13
14
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON

-2-

Dated: 12/2, 2009

LELAND, PARACHINI, STEINBERG, MATZGER & MELNICK, LLP

By: _____
Steven H. Bovarnick, Esq.
Attorneys for DILIP R. PATEL and DILIP R. PATEL, individuals dba AMERICAS BEST VALUE INN; and RTRN INVESTMENT LLC, a limited liability company

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: December 10, 2009

_____
~~Honorable William Alsup~~
~~UNITED STATES DISTRICT JUDGE~~
Elizabeth D. Laporte
United States
Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-3-